IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

XIAMEN LOTA
INTERNATIONAL CO., LTD.

                   Plaintiff,

v.

INTEGRATED SALES SOLUTIONS LLC,
and ZOJE KITCHEN & BATH CO., LTD.

                  Defendants.

Civil Action No. 13-cv-2778

## ORDER FOR PERMANENT INJUNCTION

1.  This matter comes before the Court on the joint motion of Plaintiff, Xiamen Lota International Co., Ltd. ("Lota"), and Defendant, Integrated Sales Solutions, LLC ("Integrated Sales"), for enforcement of the Settlement Agreement between the parties, which includes an agreement for entry of an agreed-upon Order for Permanent Injunction.

2.  Lota is the assignee of United States Patent No. 7,044,506, entitled "Quick Connector Assembly" ("the '506 patent"). The '506 patent was duly and legally issued by the U.S. Patent Office.

3.  On April 12, 2013, Lota filed this action for infringement of the '506 patent against Defendants Integrated Sales and Zoje Kitchen & Bath Co., Ltd. ("Zoje").

4.  The action arises under 35 U.S.C. §271. Thus, the Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

5.  This Court has personal jurisdiction over Integrated Sales and Zoje.

6.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and/or 1400(b).

1

7.    The parties wish to resolve this matter, and agree to the entry of a Permanent Injunction barring the promotion, sale, offer for sale, distribution, or importation of the accused products by Integrated Sales and Zoje.

IT IS HEREBY ORDERED:

8.    Integrated Sales Solutions LLC ("Integrated Sales") and Zoje Kitchen & Bath Co., Ltd. ("Zoje"), and their respective shareholders, directors, officers, employees, and agents, and their successors and assigns, and all persons in active concert or participation with them who receive actual notice of the Court's order, shall be enjoined and restrained from promoting, manufacturing, selling, offering to sell, distributing, and/or importing into the United States either the connector, or the faucet/connector combination, shown in the photographs attached as Exhibits A and B, without Lota's approval, consent or authorization.

9.    All court dates previously set in this matter are stricken.

Dated: _August 8, 2014_                    BY THE COURT:

_Milton I. Shadur_

Milton I. Shadur
United States District Judge

2

**EXHIBIT A**
to
**ORDER FOR PERMANENT INJUNCTION**



**EXHIBIT B**
to
**ORDER FOR PERMANENT INJUNCTION**

